# Court of Appeals
# of the State of Georgia

ATLANTA,    October 04, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0343. IN THE INTEREST OF: M. B., A CHILD.**

M. B. was charged in the superior court with armed robbery, aggravated assault with a deadly weapon, kidnapping, and possession of a firearm during the commission of a felony. At the time the charges were brought, M. B. was a minor. M. B. filed a motion to transfer to the juvenile court, which the superior court denied. Thereafter, M. B. filed his "notice of interlocutory appeal." We, however, lack jurisdiction.

M. B.'s appeal is premature as there is no final judgment and the case remains pending in the superior court. See OCGA § 5-6-34 (a) (1) (a judgment is final "where the case is no longer pending in the court below"). While M. B. asserts that he has a right to appellate review under OCGA § 15-11-564 (a), that statute only provides a right for appellate review of orders of juvenile courts transferring cases to superior courts, not orders of superior courts denying transfers to juvenile courts. See *In the Interest of M. J., a child*, 326 Ga. App. 574, 576 (757 SE2d 184) (2014). Therefore, the order from which M. B. seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedure of OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court, and filing an application for interlocutory appeal setting forth the need for review. See *In the Interest of W. L., a child*, 335 Ga. App. 561, 563 (2016). M. B.'s failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/04/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen *, Clerk.*